FILED
7/14/2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE PELE JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-1318 (UNA) |
| | ) |
| | ) |
| IVANKA TRUMP, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This matter, brought *pro se* by a prisoner in Macon, Georgia, is before the Court on initial review of the complaint and motion to proceed *in forma pauperis*. For the following reasons, the *in forma pauperis* motion will be granted and this case will be dismissed.

A district court must immediately dismiss a prisoner's complaint upon determining that it, among other enumerated grounds, is frivolous. 28 U.S.C. § 1915A. The instant complaint is an "Affidavit for Appointment of Spouse by Command," which purports to appoint "Ivanka Trump of the Federal Whitehouse in Washington , District of Columbia . . . as spouse in regards of marriage." Compl. at 2. The affiant's "authority" supposedly derives from "counter intelligence Agent." *Id*.

Complaints premised on fantastic or delusional scenarios are subject to dismissal as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Denton v. Hernandez*, 504 U.S. 25, 33 (1992) ("[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible[.]"); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994) (a court may dismiss claims that are "essentially fictitious"-- for example, where they

1

suggest "bizarre conspiracy theories . . . [or] fantastic government manipulations of their will or mind") (citations and internal quotation marks omitted)); *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). The instant complaint meets the standard for dismissal. A separate order accompanies this Memorandum Opinion.

/s/
JAMES E. BOASBERG
Date: July 14, 2020                        United States District Judge